# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

Robert P. Young, Jr.,
Chief Justice

144897

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 144897
COA: 302485
Branch CC: 01-107408-FH

ISAAC ALVAREZ GOMEZ,
    Defendant-Appellant.

_____/

By order of June 25, 2012, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *Chaidez v United States*, cert gtd ___ US ___; 132 S Ct 2101; 182 L Ed 2d 867 (2012). On order of the Court, the case having been decided on February 20, 2013, 568 US ___; 133 S Ct 1103; 185 L Ed 2d 149 (2013), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and MCCORMACK, JJ., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



h0612

Clerk